UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert Braxton
_____

_____
*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Local 100 (Union)
_____

Manhattanville Depot 666 West 133rd Street
_____

New York, New York 10027
_____
*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the space
provided, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of names.
Typically, the company or organization named in your charge
to the Equal Employment Opportunity Commission should be
named as a defendant. Addresses should not be included here.)*

# 16 CV 9425

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

_____   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
*NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

_____   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
*NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.*

✓   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
*NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

_____   New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).

_____   New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).

## I. Parties in this complaint:

A.  List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name Robert J. Braxton
Street Address 241 North 2nd Street
County, City Lehigh County, Allentown
State & Zip Code PA. 18102
Telephone Number (610) 802 7861

B.  List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant
Name Tracey Young, Richard Davis, Jose Castro
Street Address Manhattanville Depot 666 West 133rd Street
County, City New York, New York
State & Zip Code New York 10027
Telephone Number 212 712 4339

C.  The address at which I sought employment or was employed by the defendant(s) is:

Employer New York City Transit Manhattanville Depot (MTA)
Street Address 666 West 133rd Street
County, City New York
State & Zip Code New York 10027
Telephone Number _____

## II. Statement of Claim:

State as briefly as possible the facts of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

    _____  Failure to hire me.

    _____  Termination of my employment.

    ✓         Failure to promote me.

              Failure to accommodate my disability.

    _____  Unequal terms and conditions of my employment.

*Rev. 05/2010*                                    2

    _____    Retaliation.

    _____    Other acts *(specify)*: _____ .

    *Note:*  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.

B.  It is my best recollection that the alleged discriminatory acts occurred on: _____ .
                                                                                                     *Date(s)*

C.  I believe that defendant(s) *(check one)*:

    _____    is still committing these acts against me.

    _____    is not still committing these acts against me.

D.  Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

    ☐  race _____    ☐  color _____

    ☐  gender/sex _____    ☐  religion _____

    ☐  national origin _____

    ☐  age.  My date of birth is _____ *(Give your date of birth only if you are asserting a claim of age discrimination.)*

    ☑  disability or perceived disability, _____ *(specify)*

E.  The facts of my case are as follow *(attach additional sheets as necessary)*:

Reported to work after being a caretaker, and was told there was no work for me. Was told on several occassions by Tracey Young that I needed to get back on the bus after my two knee surgeries. I have been out of work for over a year.

    *Note:*  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.

III.  **Exhaustion of Federal Administrative Remedies**:

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: _____ *(Date)*.

B.   The Equal Employment Opportunity Commission *(check one)*:

       _____   has not issued a Notice of Right to Sue letter.

       ✓   issued a Notice of Right to Sue letter, which I received on  9/21/16  *(Date)*.

*Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.   Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

       _____   60 days or more have elapsed.

       ✓   less than 60 days have elapsed.

## IV.   Relief:

**WHEREFORE**, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: _____

_____

*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this  6  day of  December , 2016.

                              Signature of Plaintiff   *[signature]*

                              Address   241 North 2nd Street.

                                               Allentown PA 18102

                              Telephone Number   (610) 802-7861

                              Fax Number *(if you have one)*   _____

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Robert Braxton<br>241 North 2nd Street<br>Allentown, PA 18102 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 520-2016-01445 | Thomas Perez,<br>Investigator | (212) 336-3778 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*/s/ Kevin J. Berry*            9-21-16

Enclosures(s)     Kevin J. Berry,<br>District Director       *(Date Mailed)*

cc: Director<br>Director of Legal Affairs<br>TWU LOCAL 100 ( MANHATTANVILLE BUS DEPOT )<br>666 West 133rd Street<br>New York, NY 10027

2 Broadway 10th Floor-Section D
New York, NY 10004
646-376-0123

 **Metropolitan Transportation Authority**

November 15, 2016

Mr. Robert Braxton
241 N. 2nd Street
Allentown, PA 18102

Pass# M34010

Dear Mr. Braxton:

In connection with the application filed on February 17, 2016 for disability retirement, please be advised that an appointment has been made for you on Novemeber 18, 2016 at 2:00 p.m. to be evaluated by the doctor listed below before you are seen by the New York City Employees' Retirement System (NYCERS) Medical Board.

Dr. Giancarlo Colon Vilar    (Psychiatrist)
10 Nathan D. Perlman Place (bet 1st and 2nd Ave)
Bernstein Building, 2nd Floor
Psychiatric Outpatient Services
New York, NY 10003

*Please inform the front desk that you are seeing Dr. Colon Vilar as private patient.*

You will be required to show picture identification, preferably your employee pass or a current driver's license. Also, please confirm the appointment by telephoning this office at 646-252-1471 upon receipt of this letter.

If you fail to appear for the appointment, you must provide proof that you were medically unable to do so.

Sincerely,

Shana Ricketts
Sr. Pension Analyst
MTA Consolidated Pensions

The agencies of the MTA
MTA New York City Transit
MTA Long Island Rail Road

MTA Metro North Railroad
MTA Bridges and Tunnels

MTA Capital Construction
MTA Bus Company



# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## INTAKE QUESTIONNAIRE

Please immediately complete the entire form and return it to the U.S. Equal Employment Opportunity Commission ("EEOC"). **REMEMBER**, a charge of employment discrimination must be filed within the time limits imposed by law, generally within 180 days or in some places 300 days of the alleged discrimination. Upon receipt, this form will be reviewed to determine EEOC coverage. **Answer all questions as completely as possible, and attach additional pages if needed to complete your response(s). If you do not know the answer to a question, answer by stating "not known." If a question is not applicable, write "n/a." Please Print.**

1. **Personal Information**
Last Name: Braxton          First Name: Robert          MI: J
Street or Mailing Address: 241 N. 2nd Street          Apt Or Unit #: 
City: Allentown          County: USA          State: PA          ZIP: 18102
Phone Numbers: Home: (610) 902-7861          Work: (   )
Cell: (610) 802-7861          Email Address: claudette.percival@yahoo.com
Date of Birth: 9/29/1965          Sex: Male ☐ Female ☐          Do You Have a Disability? ☑ Yes ☐ No
**Please answer each of the next three questions.**          i. Are you Hispanic or Latino? ☐ Yes ☑ No
ii. What is your Race? Please choose all that apply.     ☐ American Indian or Alaska Native    ☐ Asian    ☐ White
          ☑ Black or African American    ☐ Native Hawaiian or Other Pacific Islander
iii. What is your National Origin (country of origin or ancestry)? African American

Please Provide The Name Of A Person We Can Contact If We Are Unable To Reach You:
Name: Claudette Percival-Braxton          Relationship: wife
Address: 40 Yale Avenue          City: Jersey City          State: NJ          Zip Code: 07304
Home Phone: (201) 204-2133          Other Phone: (   )

2. **I believe that I was discriminated against by the following organization(s):** (Check those that apply)
☑ Employer    ☑ Union    ☐ Employment Agency    ☐ Other (Please Specify)

**Organization Contact Information** (If the organization is an employer, provide the address where you actually worked. If you work from home, check here ☐ and provide the address of the office to which you reported.) **If more than one employer is involved, attach additional sheets.**
Organization Name: TWU Local 100 Manhattanville Bus Depot
Address: 666 W 133rd Street          County: USA
City: New York          State: NJ          Zip: 10027          Phone: (212) 712-4334
Type of Business: MTA          Job Location if different from Org. Address: 
Human Resources Director or Owner Name: MTA          Phone: 
Number of Employees in the Organization at All Locations: Please Check (✓) One
☐ Fewer Than 15    ☐ 15 - 100    ☐ 101 - 200    ☐ 201 - 500    ☑ More than 500

3. **Your Employment Data** (Complete as many items as you can)    Are you a Federal Employee? ☐ Yes ☑ No
Date Hired: 04/2005          Job Title At Hire: Bus Operator
Pay Rate When Hired: $22 per/hour          Last or Current Pay Rate: $31.79 per/hour
Job Title at Time of Alleged Discrimination: 10/27/2015          Date Quit/Discharged: 10/27/2015
Name and Title of Immediate Supervisor: Daniel Hogan

**If Job Applicant, Date You Applied for Job** _____ **Job Title Applied For** _____

**4. What is the reason (basis) for your claim of employment discrimination?**
*FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box next to Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.*

☐ Race   ☐ Sex   ☐ Age   ☑ Disability   ☐ National Origin   ☐ Religion   ☐ Retaliation   ☐ Pregnancy   ☐ Color (typically a difference in skin shade within the same race)   ☐ Genetic Information; choose which type(s) of genetic information is involved:

☐ i. genetic testing   ☐ ii. family medical history   ☐ iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (Explain). _____

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name(s) and title(s) of the person(s) who you believe discriminated against you. **Please attach additional pages if needed.**
*(Example: 10/02/06 - Discharged by Mr. John Soto, Production Supervisor)*

A) Date:                    Action:

Name and Title of Person(s) Responsible:
B) Date:                    Action:

Name and Title of Person(s) Responsible:

**6. Why do you believe these actions were discriminatory? Please attach additional pages if needed.**

I was discriminated against because of my disability. My right knee prevents me from driving a bus. I can't because I had a total knee replacement.

**7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?**

Tracey Young and Richard Davis had a meeting and decided that since I owed union dues it can not work. That was told to me by the Chairman Jace. They have regular bus drivers working as caretaker

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied for the same job you did, who else had the same attendance record, or who else had the same performance? Provide the race, sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

**Of the persons in the same or similar situation as you, who was treated *better* than you?**

| A. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
|  |  |  |

Description of Treatment

| B. Full Name | Race, sex, age, national origin, religion or disability | Job Title |
|---|---|---|
|  |  |  |

Description of Treatment

6) I became a caretaker on May 27, 2015, the day I returned to work, after my knee replacement surgery. I was informed that I would not be returning as a bus operator, but a caretaker. My doctor has written letters that I should be on sedentary. He indecated, "Sedentary with bearing as needed. No Commercial driving."

On Wednesday Oct. 21, 2015, at around 2:30, Tracey Young to me that, "She would have to take me off the work that I do as a caretaker."

When I returned to work on Oct 26, 2015, She removed my name from the schedule and replaced two able bus operators on my shift. I Contacted the Chairman Jose, who informed me that Tracey Young and Richard Davis had a meeting to remove me since my union dues were not up to date. I went to Mr. Matt who said there was nothing he could do, but I was sent to him by Tracey.

# LABOR AND EMPLOYMENT INTAKE QUESTIONNAIRE
## EMPLOYEE INFORMATION

### PERSONAL INFORMATION

**Last Name:** Braxton     **First Name:** Robert     **MI:** J.

**Street or Mailing Address:** 241 N 2nd Street     **Apt or Unit#:**

**City:** Allentown     **County:** Lehigh Valley     **State:** PA     **Zip:** 18102

**Cell:** 610 802 7861     **Home:** 201 264 2122     **Work:**

**Email Address:** Claudetlepercival@yahoo.com

**Date of Birth:** 9/27/65     **Race:** Bl     **Nationality:** African American

### EMPLOYER INFORMATION

| | |
|---|---|
| **Name of Company:** | |
| **Address/Location:** | Manhattanville Depot - Manhattan Division |
| **City, State, Zip:** | 666 West 133rd Street New York, New York 10027 |
| **Telephone Number:** | |
| **Fax Number:** | |
| **Rate of Pay:** | $31.92 |
| **Position:** | Bus Operator / Caretaker |
| **Approximate number of employees:** | 1000 |
| **Name of Owner/Manager:** | New York City Transit |
| **Other Locations:** Yes ☐   No ☐ | |
| **If yes, list location(s):** | |

Once you have completed this form, please send it back to our office along with any documents. You can fax it to our office at **(954) 337-2771** or you can email it back to us to: **intake@floridaovertimelawyer.com**

**Please check the category or categories under which you feel you were discriminated:**

- ☐ Age Discrimination
- ☐ Race Discrimination
- ☐ National origin discrimination
- ☐ Discrimination based on color
- ☐ Sex (Gender) discrimination
- ☐ Sexual Harassment
- ☐ Religious discrimination
- ☒ Disability Discrimination
- ☒ Retaliation for complaining of unlawful conduct or discrimination
- ☐ Violation of FMLA (Family Medical Leave Act)
- ☐ Retaliation for filing a valid worker's compensation claim
- ☐ Sexual Orientation discrimination
- ☐ Whistleblower
- ☐ Pregnancy discrimination
- ☐ Overtime Pay
- ☐ Unpaid Wages
- ☐ Other (please explain):

How long have worked for the employer: Over 10 years

**DATES OF EMPLOYMENT**

Date of Hire: 4/17/2005

Date of Fire: Oct. 24th 2016

Are you currently employed by the company? No

If not, did you quit or did they terminate you: They terminated me

Date of last discrimination: 10/27/2015

Once you have completed this form, please send it back to our office along with any documents. You can fax it to our office at **(954) 337-2771** or you can email it back to us to: **intake@floridaovertimelawyer.com**

**WHAT HAPPENED THAT MAKES YOU FEEL YOU WERE WRONGFULLY TREATED? PLEASE BE SPECIFIC AND DETAILED:** (Provide a timeline of events, including, dates, times, names, etc.) If you need more space, please use a separate sheet and be sure to attach. You can type directly into this form.

On 10/27/2015 I was denied work. I was a bus operator before I got injured. When I return to work a year later I was assigned as caretaker of the garage. Tracey Young told me I have no work. Jose Castro said that Tracey went to Richard Davis and he is the President of my garage. Tracey Young told Richard Davis that I was behind in union dues from back in 2005 and he told her not to give me any work.

On two different occasions, Tracey Young told me that I needed to get back on the bus. I went to the superintendent of the garage Mac Baker. He told me to file for Disability Retirement. I'm in the process of doing that now.

Have you filed a complaint? If so with whom?

a. Supervisor   Jose Castro

b. HR

c. EEOC or FCHR:   EEOC

If a complaint was filed, did the discrimination occur again after filing a complaint? Please explain (attach copy if written):

It has been ongoing.

If a complaint was filed with the EEOC did you receive the Right to Sue Letter? If so what is the date on the letter? (Please provide a copy with this form)   Yes

Did the EEOC find Cause?   No

If so, what is the Cause? (Please attach letter)

**ONLY ANSWER THIS PORTION IF YOU ARE ALLEGING A VIOLATION OF FAMILY AND MEDICAL LEAVE ACT (FMLA) **

IF YOU ALLEGE OR HAVE A VIOLATION OF THE FAMILY AND MEDICAL LEAVE ACT (FMLA), PLEASE ANSWER THE FOLLOWING:

Have you been there one (1) year?

What is/was your reason for taking FLMA?

Once you have completed this form, please send it back to our office along with any documents. You can fax it to our office at **(954) 337-2771** or you can email it back to us to: **intake@floridaovertimelawyer.com**

## Disability Help Group LLC
P.O. Box 189104
Plantation, FL 33318
Phone: 844-681-8143
Fax: (800) 800-3390

November 2, 2016

Dear Robert Braxton:

Your disability/SSI hearing is scheduled for 11/22/2016 @ 2:20pm. We will be will developing your claim leading up the hearing. Over the next few weeks we will request medical records and review your file for completeness and accuracy to prepare for the hearing.

**While we are preparing your case, you need to do the following:**

**1. Please fill out the attached prescription form and return it to our office BEFORE your hearing date. You can return via fax to 866-820-2827 or in the prepaid envelope provided.**
  - *The Judge looks at this form along with your medical records.*

**2. Call us if your phone, address, or any information changes.**

**Tips:**

- The assistants at Disability Help Group will develop your file and discuss the progress of your claim with the representative handling your case. If any problems or questions arise we will contact you immediately. One or two days before the hearing the representative will contact you to discuss your case.

- Please arrive at the hearing at least 1 hour before the hearing starts.

- Social Security will send you a letter confirming the hearing date. There is a form on the back asking you if you will attend the hearing. If you do not receive this notice or need directions to the hearing please call us.

- Dress as you would on a normal day. Please no shorts or hats.

Very Truly Yours,


Adam Neidenberg

AN/tm

# *Disability Help Group LLC*

P.O. Box 189104
Plantation, FL 33318
Phone: (800) 800-3332; (954) 908-3948
Fax: (800) 800-3390; (954) 617-2221

November 7, 2016

Office of Disability Adjudication & Review
8380 Old York Rd, Ste 250
Elkins Park, PA 19027

RE:      **Robert Braxton**
SSN:     **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**
Hearing: **11/22/2016**

## REQUEST TO AMEND ONSET DATE

To Whom It May Concern:

After further discussion with the claimant concerning the issues involved in their case, the claimant agrees to amend the alleged onset date of disability to October 3, 2015. We have explained to the claimant the ramifications of amending their alleged onset date. The claimant acknowledges what the effects will be and agrees to the amendment.

We appreciate your consideration on this matter. Please contact our office if any further information is needed.

Very truly yours,


Adam Neidenberg

AN/tm

I, Robert Braxton have consulted with my representative and agree with the above stated opinion.

_____
Robert Braxton

IAL SECURITY ADMINSTRATION
e of Disability Adjudication and Review

Form Approved
OMB No. 0960-0289

## CLAIMANT'S MEDICATION

| To be completed by Hearing Office | | |
|---|---|---|
| aimant and Social Security Number) | (Wage Earner and Social Security Number) | The last time we brought your case up-to-date was: |
| bert Braxton 9-64-3612 | | |

To be completed by the claimant

**PLEASE PRINT**

PLEASE LIST BELOW THE PRESCRIPTION MEDICATION WHICH YOU ARE PRESENTLY TAKING. IF THE NAME OF THE MEDICATION IS NOT SHOWN ON THE PRESECRIPTION CONTAINER, YOU MAY VERIFY THE NAME WITH YOUR PHARMACIST.

| NAME OF MEDICATION & DOSAGE | DATE FIRST PRESCRIBED | DAILY AMOUNT TAKEN | REASONS FOR MEDICATION | NAME OF PHYSICIAN |
|---|---|---|---|---|
| Lyrica | 10/6/16 | 3 | neuropathic pain | Novelli |
| Tramadol | 10/6/16 | 3-4 | neuropathic + nociceptive pain | Novell |
| Tizanidine | 9/8/16 | 1-2 | muscle pain | Novell |

PLEASE LIST BELOW THE NONPRESCRIPTION MEDICATION YOU ARE TAKING AND THE REASONS YOU TAKE THEM.

If more space is needed use additional sheets.

Form **HA-4632** (2-1994) ef (6-2009)
Use Until Stock is Exhausted

SOCIAL SECURITY ADMINSTRATION  
Office of Disability Adjudication and Review

Form Approved  
OMB No. 0960-0289

## CLAIMANT'S MEDICATION

A. To be completed by Hearing Office

| (Claimant and Social Security Number) | (Wage Earner and Social Security Number) | The last time we brought your case up-to-date was: |
|---|---|---|
| Robert Braxton 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 | | |

B. To be completed by the claimant

**PLEASE PRINT**

PLEASE LIST BELOW THE PRESCRIPTION MEDICATION WHICH YOU ARE PRESENTLY TAKING. IF THE NAME OF THE MEDICATION IS NOT SHOWN ON THE PRESECRIPTION CONTAINER, YOU MAY VERIFY THE NAME WITH YOUR PHARMACIST.

| NAME OF MEDICATION & DOSAGE | DATE FIRST PRESCRIBED | DAILY AMOUNT TAKEN | REASONS FOR MEDICATION | NAME OF PHYSICIAN |
|---|---|---|---|---|
| Gabapentin | 8/22/16 | 1-3 every 8 hours | Mid Back Pain | Dr. Charles Norelli |
| Tramadol 50 mg | 10/6/16 | 1-2 every 8 hours | Cervical Radiculopathy Radicular Pain | Dr. Charles Norelli |
| Cephalexin 500 mg | 7/3/15 | 4 cap / hr. Prior to dental or surgical visit | Pre-med antibiotic | Dr. Thomas Meade |
| Lyrica 150 mg | 10/6/16 | 1 cap 2x @ day | radicular Pain Cervical Radiculopathy | Dr. Charles Norelli |

PLEASE LIST BELOW THE NONPRESCRIPTION MEDICATION YOU ARE TAKING AND THE REASONS YOU TAKE THEM.

| | | | | |
|---|---|---|---|---|
| Tizanidine 4mg | 9/8/16 | 1/2 - 1 q 8h. | low back Pain | Dr. Charles Norelli |

If more space is needed use additional sheets.

Form HA-4632 (2-1994) ef (6-2009)  
Use Until Stock is Exhausted

K

SOCIAL SECURITY ADMINSTRATION  
Office of Disability Adjudication and Review

Form Approved  
OMB No. 0960-0289

# CLAIMANT'S MEDICATION

A. To be completed by Hearing Office

(Claimant and Social Security Number)

Robert Braxton  
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

(Wage Earner and Social Security Number)

The last time we brought your case up-to-date was:

B. To be completed by the claimant

**PLEASE PRINT**

PLEASE LIST BELOW THE PRESCRIPTION MEDICATION WHICH YOU ARE PRESENTLY TAKING. IF THE NAME OF THE MEDICATION IS NOT SHOWN ON THE PRESECRIPTION CONTAINER, YOU MAY VERIFY THE NAME WITH YOUR PHARMACIST.

| NAME OF MEDICATION & DOSAGE | DATE FIRST PRESCRIBED | DAILY AMOUNT TAKEN | REASONS FOR MEDICATION | NAME OF PHYSICIAN |
|---|---|---|---|---|
| Cephalexin | 7/3/15 | 4 cap - 1 Hour prior to dental or surgical visit | Pre-Med antibiotic | Dr. Thomas Meade |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

PLEASE LIST BELOW THE NONPRESCRIPTION MEDICATION YOU ARE TAKING AND THE REASONS YOU TAKE THEM.

If more space is needed use additional sheets.

Form HA-4632 (2-1994) ef (6-2009)  
Use Until Stock is Exhausted

SOCIAL SECURITY ADMINSTRATION
Office of Disability Adjudication and Review

Form Approved
OMB No. 0960-0289

## CLAIMANT'S MEDICATION

| To be completed by Hearing Office (Claimant and Social Security Number) | (Wage Earner and Social Security Number) | The last time we brought your case up-to-date was: |
|---|---|---|
| Robert Braxton<br>---64-3612 | | |

To be completed by the claimant

**PLEASE PRINT**

PLEASE LIST BELOW THE PRESCRIPTION MEDICATION WHICH YOU ARE PRESENTLY TAKING. IF THE NAME OF THE MEDICATION IS NOT SHOWN ON THE PRESECRIPTION CONTAINER, YOU MAY VERIFY THE NAME WITH YOUR PHARMACIST.

| NAME OF MEDICATION & DOSAGE | DATE FIRST PRESCRIBED | DAILY AMOUNT TAKEN | REASONS FOR MEDICATION | NAME OF PHYSICIAN |
|---|---|---|---|---|
| Amitriptyline | 3/11/2016 | 100mg | pain, depression, insomnia | DR. Gross MD |
| Fluoxetine | 12/18/2015 | 60mg | depression | Dr. Gross MD |
| | | | | |
| | | | | |

PLEASE LIST BELOW THE NONPRESCRIPTION MEDICATION YOU ARE TAKING AND THE REASONS YOU TAKE THEM.

If more space is needed use additional sheets.

Form HA-4632 (2-1994) ef (6-2009)
Use Until Stock is Exhausted

 **New York City Transit**
Department of Buses

**Manhattanville Depot – Manhattan Division**
666 West 133rd Street
New York, New York 10027

October 18, 2016

Mr. Robert Braxton P/R# M34010
241 N. 2nd Street
Allentown, PA 18102

Certified# 91 7199 9991 7036 4632 1651
and REGULAR MAIL
**RECLASSIFICATION EXAM
FINDINGS/DETERMINATION**

Dear Mr. Braxton:

On October 12th, 2016 you attended a reclassification medical at MAC 3; however, we have been advised by the Office of Occupational Health Services (OHS) that they are unable to recommend you for a title for possible reclassification at this time.

Therefore, Transit will terminate your employment effective **October 24th, 2016** under §73 of the Civil Service Law and/or the collective bargaining agreement and Transit's Restricted Duty Policy/Instruction.

You may, within one year of the termination of your disability, to the extent you are able to perform the essential duties of your position with or without a reasonable accommodation, make application for a medical examination to seek restoration of employment. If certified to be physically and mentally fit to perform the duties of your former position, you will be reinstated to your former position, if vacant, or to a vacancy in a similar position or a position in a lower grade in the same occupational field in your former department or agency. If no appropriate vacancy exists to which such reinstatement may be made, or if the workload does not warrant the filling of such vacancy, your name will be placed on a preferred list for your former position in your former department or agency and you will be eligible for reinstatement for a period up to four years. In the event that you are reinstated to a position in a grade lower than that of your former position, your name will be placed on the preferred eligible list for your former position or any similar position in your former department agency.

Application for a medical examination must be made in writing, addressed to the Medical Director, MTA New York City Transit, 180 Livingston Plaza, Brooklyn, New York 11201 indicating when your disability terminated and that you are physically and mentally fit to perform the duties of your position.

You must return your employee pass, badge and, if issued, your parking permit, and return this to my attention by certified mail, return receipt. If there are any payments owed to you they will be paid to you after these items are received.

Sincerely,

*Matthew Baker*

**Matthew Baker**
General Superintendent
Manhattanville Depot

cc:  TWU